UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA, | ) | No. 3:12cr 005 |
| --- | --- | --- |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | 18 U.S.C. § 2113(a) |
| JOSHUA BEALL, | ) | |
| Defendant. | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2113(a)]

On or about November 17, 2011, in the Southern District of Ohio, defendant **JOSHUA BEALL**, by force, violence, and intimidation, knowingly took from the person and presence of a First Financial Bank employee, money that belonged to, and was in the care, custody, control, management, and possession of First Financial Bank, 6325 Brandt Pike, Huber Heights, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

[18 U.S.C. § 2113(a)]

On or about December 19, 2011, in the Southern District of Ohio, defendant **JOSHUA BEALL**, by force, violence, and intimidation, knowingly took from the person and presence of a U.S. Bank employee, money that belonged to, and was in the care, custody, control, management, and possession of U.S. Bank, 1220 Columbus Avenue, Washington Courthouse, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

/S/
Foreperson

CARTER M. STEWART
United States Attorney

LAURA I. CLEMMENS
Chief, Dayton Branch